GEORGE S. RILEY, Respondent, *v.* FRANCIS A. SCHOEFFEL, as Sheriff, etc., et al., Appellants.

(Argued April 17, 1885; decided May 5, 1885.)

*James S. Garlock* for appellants.

*F. L. Durand* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JAMES ROACH, Appellant, *v.* BENJAMIN B. ODELL, Sheriff, etc., Respondent.

(Argued April 17, 1885; decided May 5, 1885.)

*Hugh Reilly* for appellant.

*M. H. Hirschberg* for respondent.

Agree to affirm; no opinion.
All concur, except RUGER, Ch. J., and ANDREWS, J., dissenting, and RAPALLO, J., absent.
Judgment affirmed.